IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00037-PAB
Civil Action No.13-cv-00215-PAB

UNITED STATES OF AMERICA,

v.

JESSICA ANN CREECH,

      Movant.

_____

**FINAL JUDGMENT**
_____

      Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered

by the Honorable Philip A. Brimmer, U.S. District Judge, on February 5, 2013, the following

Final Judgment is hereby entered:

      It is ORDERED as follows:

      1. That the 28 U.S.C. § 2255 motion, filed January 28, 2013, is DENIED and the instant

civil action is DISMISSED with prejudice.; and

      2. That the corresponding civil action is dismissed.


      Dated at Denver, Colorado this ___7th___ day of February, 2013.

                  FOR THE COURT:

                  JEFFREY P. COLWELL, CLERK


                  By: _s/ Edward P. Butler_____
                        Edward P. Butler, Deputy Clerk